SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN OLFATI,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; CITY OF SACRAMENTO POLICE OFFICER JARED ROBINET (badge# 0520); CITY OF SACRAMENTO POLICE OFFICER MARYNA STANIONIS (badge# 0597); CITY OF SACRAMENTO POLICE OFFICER NATHANIEL REASON (badge# 0507); BARBARA ANDRES; STEVEN MAVIGLIO; JOHN DOE CITY DEFENDANTS 1-100; JOHN DOE CONSPIRATOR DEFENDANTS 1-100,<br><br>Defendants. | Case No.: 2:21-cv-00606-WSB-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CITY OF SACRAMENTO TO FILE ANSWER TO PLAINITFF'S COMPLAINT**<br>**[LOCAL RULE 144(a)]** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant CITY OF SACRAMENTO may have additional time within which to answer plaintiff's complaint. Therefore, the last day for defendant to answer plaintiff's complaint is May 12, 2021. Thus, based on the date of service of the complaint on the City, it has been given an additional nine days to answer plaintiff's complaint.

1

Good cause exists for this extension as plaintiff's complaint is 321 pages with 984 paragraphs to be answered and will therefore require additional time to answer.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: May 4, 2021　　　　　　　　　　　　SUSANA ALCALA WOOD,
　　　　　　　　　　　　　　　　　　　　　　City Attorney

By: /s/ SEAN D. RICHMOND
　　**SEAN D. RICHMOND**
　　Senior Deputy City Attorney

　　Attorneys for the
　　CITY OF SACRAMENTO

DATED: May 4, 2021　　　　　　　　　　　　STEVEN KAMP LAW OFFICE

By: /s/ STEVEN MARK KAMP
　　**STEVEN MARK KAMP**

　　Attorneys for Plaintiff, MS. PARVIN OLFATI

### ORDER

In accordance with the foregoing stipulation, IT IS SO ORDERED.

Dated: May 4, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE