**BOUTIN JONES INC.**
Daniel S. Stouder SBN 226753
Ian K. McGlone SBN 315201
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597
dstouder@boutinjones.com
ianmcglone@bointjones.com

Attorneys for Defendants STEVEN MAVIGLIO and BARBARA ANDRES

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, JARED ROBINET, MARYNA STANOSIS, and NATHANIEL REASON

**STEVEN MARK KAMP (California State Bar Number 116817)**
STEVEN KAMP LAW OFFICE, 22 Petrilli Circle, Sacramento, CA 95822
Electronic Mail Address: steve.kamp@comcast.net
Telephone: (916) 501-1791 (cellular, voice/text)

Attorney for Plaintiff MS. PARVIN OLFATI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. PARVIN OLFATI,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CITY OF SACRAMENTO, et al.<br><br>                    Defendants. | Case No.:   2:21-cv-00606-WBS-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

1    WHEREAS, on April 2, 2021, Plaintiff filed her Complaint. (Docket No. 1.)

2    WHEREAS, on May 3, 2021, Defendant Steven Maviglio filed a Motion to Dismiss and a
3 Special Motion to Strike. (Docket No. 12.)

4    WHEREAS, on May 17, 2021, Plaintiff filed her First Amended Complaint. (Docket No.
5 17.)

6    WHEREAS, on June 1, 2021, Defendants filed Motions to Dismiss and a Special Motion to
7 Strike. (Docket No. 21 and 22.)

8    WHEREAS, on June 30, 2021, the Court granted the Motions to Dismiss, and Granted
9 Plaintiff leave to file a Second Amended Complaint. (Docket No. 29).

10   WHEREAS, on July 20, 2021, Plaintiff filed the Second Amended Complaint. (Docket No.
11 32).

12   WHEREAS, the pleadings are not set in this matter because Defendants have until August 3,
13 2021 to respond to the Second Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(3);

14   WHEREAS, a Scheduling Conference is set for August 2, 2021 at 1:30 PM (Docket No. 3);

15   WHEREAS, the parties met and conferred and agreed that a Scheduling Conference is
16 premature and agreed to continue the Scheduling Conference to **September 27, 2021 at 1:30 pm**.

17   IT IS SO STIPULATED.

DATED: July 21, 2021                BOUTIN JONES INC,

                                    By:   /s/Daniel S. Stouder
                                          Daniel S. Stouder
                                          Ian McGlone
                                    Attorneys for Defendants Steven Maviglio and
                                    Barbara Andres

DATED: July 21, 2021

                                    By:   /s/Sean D. Richmond
                                          Sean D. Richmond
                                    Attorneys for City of Sacramento, Jared
                                    Robinet, Maryna Stanosis and Nathanial
                                    Reason

DATED: July 21, 2021

                                    By:   /s/Steven M. Kamp
                                          Steven M. Kamp
                                          Attorney for Plaintiff

**IT IS SO ORDERED:**

The Scheduling Conference is continued to **September 27, 2021 at 1:30 pm**.  A joint status report shall be filed no later than **September 13, 2021.**

**Dated:  July 22, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE