UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PARVIN OLFATI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SACRAMENTO; CITY OF SACRAMENTO POLICE OFFICER JARED ROBINET; CITY OF SACRAMENTO POLICE OFFICER MARYNA STANIONIS; CITY OF SACRAMENTO POLICE OFFICER NATHANIEL REASON; BARBARA ANDRES; STEVEN MAVIGLIO; JOHN DOE CITY DEFENDANTS 1-100; and JOHN DOE CONSPIRATOR DEFENDANTS 1-100,<br><br>　　　　Defendants. | No. 2:21-cv-00606-WBS-CKD<br><br>ORDER RE: MOTION FOR EXTENSION OF TIME |

----oo0oo----

　　　　Plaintiff has moved for an additional ninety days to serve "John Doe City Defendant City Fire Paramedic One." (Docket No. 35.) No opposition to this request was filed. The request for additional time to serve this defendant is hereby GRANTED.

　　　　Plaintiff also requests that the court order defendant

1

City of Sacramento to provide plaintiff with the identities and contact information of this defendant and another defendant plaintiff refers to as "City Fire Paramedic Two." Since the filing of the motion, it appears that at least some of this information has been provided. (See Docket No. 48.) To the extent the information has not been provided, plaintiff's request is DENIED WITHOUT PREJUDICE to plaintiff raising this discovery dispute with the assigned Magistrate Judge in accordance with the Local Rules and the assigned Magistrate Judge's specific requirements. The September 20, 2021 hearing on plaintiff's motion (Docket No. 35) is hereby VACATED.

IT IS SO ORDERED.

Dated: September 14, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE