UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PARVIN OLFATI, | No. 2:21-cv-00606-WBS-CKD |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO; City of Sacramento Police Officer Jared Robinet; City of Sacramento Police Officer Maryna Stanionis; City of Sacramento Police Officer Nathaniel Reason; City of Sacramento Fire Captain Stephen Mayer; Barbara Andres; and Steven Maviglio, | |
| Defendants. | |

----oo0oo----

In light of the pleadings filed by plaintiff's attorney, I have decided to instruct the Clerk of Court to reassign this case to another district judge for all further proceedings. As a senior judge, pursuant to my understanding with my colleagues, I am not required to carry the same caseload as the active judges of this court. For example, I typically do

1

not choose to handle cases where one side is unrepresented by counsel.  Here, while plaintiff is represented by an attorney, his filings more resemble the pleadings of an unschooled pro se litigant.  Under the circumstances, I do not choose to continue handling this case.

IT IS THEREFORE ORDERED that the January 10, 2022 hearing on the pending motions is hereby **VACATED,** and the Clerk of Court is **DIRECTED** to reassign this case to another district judge for all further proceedings.

IT IS SO ORDERED.

Dated:  January 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE