UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN OLFATI, | 2:21-cv-00606-CKD |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff Parvin Olfati proceeds with civil rights claims brought under 42 U.S.C. § 1983 and this case is before the undersigned for all purposes including trial and entry of judgment. (See ECF No. 208.) On March 27, 2024, the undersigned granted in part and denied in part plaintiff's motion for summary judgment. The time for filing dispositive motions has closed. Before the court sets a further schedule for this case, the court inquires as to the parties' positions on the usefulness of scheduling a settlement conference with another magistrate judge.

Accordingly, IT IS ORDERED that the parties shall file a joint status report within 14 days of the date of this order indicating whether they wish to schedule a settlement conference with another magistrate judge.

Dated: August 6, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
olfa21cv606.sc

1