**STEVEN MARK KAMP (California State Bar Number 116817)**
STEVEN KAMP LAW OFFICE, 22 Petrilli Circle, Sacramento, CA 95822
Electronic Mail Address: steve.kamp@comcast.net
Telephone: (916) 501-1791 (cellular, voice/text)

Attorney for Plaintiff MS. PARVIN OLFATI


SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
**KATE DAZ LYNN BROSSEAU**, **Deputy City Attorney (SBN 345596)**
kbrosseau@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, the CITY OF SACRAMENTO, CITY OF SACRAMENTO POLICE OFFICER JARED ROBINET (badge# 0520), CITY OF SACRAMENTO POLICE OFFICER MARYNA STANIONIS (badge# 0597), CITY OF SACRAMENTO POLICE and OFFICER NATHANIEL REASON (badge# 0507), and CITY OF SACRAMENTO FIRE CAPTAIN STEPEHEN MAYER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. PARVIN OLFATI,<br><br>           Plaintiff,<br><br>   vs.<br><br>CITY OF SACRAMENTO, et al.<br><br>           Defendants. | Case No.:  2:21-cv-00606-CKD<br><br>**JOINT MOTION FOR 14-DAY EXTENSION OF TIME TO FILE FIFTH JOINT STATUS REPORT, AS REQUIRED BY ECF 210; PROPOSED ORDER**<br><br>**Date:  none set**<br><br>**Time: 10: 00 a.m.**<br><br>**Courtroom: 24, 8th floor** |

      Plaintiff Ms. PARVIN OLFATI ("Plaintiff") and City Defendants CITY OF SACRAMENTO, the CITY OF SACRAMENTO  POLICE OFFICER JARED ROBINET (badge#

0520), CITY OF SACRAMENTO POLICE OFFICER MARYNA STANIONIS (badge# 0597), CITY OF SACRAMENTO POLICE OFFICER NATHANIEL REASON (badge# 0507), and CITY OF SACRAMENTO FIRE CAPTAIN STEPHEN MAYER ("City Defendants"), hereby request that the Court give the parties fourteen additional calendar days (to September 4, 2024) for the filing of the Fifth Joint Status Report[1], that the parties are directed to be file by August 21, 2024, as directed by the Court in its ECF 210 Order. The grounds for this request are as follows.

Plaintiff submitted an extensive draft to the City Defendants at about 11:00 p.m. on the evening of Sunday, August 18, 2024. City Defendants need the requested additional time to draft and incorporates their submissions and expect to be able to do so during the requested additional 14 days. Plaintiff's literal eleventh-hour submission was caused by Plaintiff's August 7 – 21 need to prepare materials in other cases with deadlines prior to the August 21, 2024 ECF 210 deadline. From Plaintiff's perspective, these matters are:

(1) Sacramento County Superior Court Case No. 23WM000031, *Parvin Olfati vs. City of Sacramento*, a California Public Records Act (CPRA) writ action that should conclude on or before August 30, 2024 after the parties file their stipulation on August 20, 2024.

(2) Sacramento County Superior Court Case No. 34-2021-00310164, *Parvin Olfati vs. County of Sacramento*, a CPRA writ action where Petitioner Ms. Olfati (and the County) were required to file on August 16, 2024 a request-by-request hearing brief and binder for 86 subject :PRA Requests.

(3) U.S.D.C.E.D.Cal. Case No. 2: 23-cv-02547, where Plaintiff has been occupied since July 17, 2024 with F.RCiv.P. Rule 11 21-day safe harbor letters, motions, and counter-motions, begun on July 17, 2024 by Defendant Thomas James O'Brien, who on August 8, 2024 filed ECF 50, a Rule 11 motion where the opposition is due on August 22, 2024.

---

[1] Previous Joint Status Reports: Fourth (ECF 97, July 18, 2022); Third (ECF 94, May 4, 2022); Second (ECF 89, March 31, 2022; First (ECF 82, February 14, 2022)

From City Defendants' perspective:

City Defendants require sufficient time in which to properly review, evaluate and substantively respond to points and positions raised within Plaintiff's draft joint report. In the present case, City Defendants have had less than 48 hours in which to respond. This time frame is not only insufficient in terms of City Defendants' ability to substantively combat the points and positions raised by Plaintiff, but it is even more so insufficient for the parties to jointly agree upon language drafted within joint portions of the report.

An additional fourteen days of response time will allow City Defendants to provide a truly substantive response to Plaintiff's positions, thereby ensuring an efficient use of judicial resources. It will also allow both Plaintiff and City Defendants time in which to agree on neutral language in joint portions of the status report, thereby providing a balanced and well-rounded perspective of the case as it presently stands.

Accordingly, the parties hereby respectfully request that the Court give the parties fourteen additional calendar days (to September 4, 2024) for the filing of the Fifth Joint Status Report.

DATED:  August 21, 2024

By: /s/ Steven M. Kamp

Attorney for Plaintiff Ms. Parvin Olfati

DATED:  August 21 2024

By: /s/Sean D. Richmond
/s/ Kate Daz Lynn Brosseau
Attorneys for City of Sacramento, Jared Robinet, Maryna Stanionis, Nathanial Reason, and Stephen Mayer, as authorized on August 21, 2024

**[PROPOSED] ORDER**

Having considered the parties' August 21, 2024 Joint Motion for 14-Day Extension of Time To File Fifth Joint Status Report Required By ECF 210, the Court hereby ORDERS that Plaintiff Ms. Parvin Olfati and City Defendants City of Sacramento; City Police Officer Defendants Jared Robinet, Maryna Stanionis and Nathaniel Reason; and Defendant City Fire Captain Stephen Mayer, shall file the Fifth Joint Status Report required by this Court's ECF 210 Order no later than September 4, 2024.

Dated: 08/21/24

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
olfa21cv0606.stip.jsr