UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN OLFATI, | 2:21-cv-00606-CKD |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

This case is before the undersigned for all purposes including trial and entry of judgment. The time for filing dispositive motions has closed and the parties recently indicated that scheduling a settlement conference would not be useful at this time.

Accordingly, the parties shall submit a Joint Notice of Trial Readiness to assist the court in setting dates for a final pretrial conference and trial.[1] In the Joint Notice of Trial Readiness, the parties shall set forth the appropriateness of any special procedures and the estimated total trial length, which shall include time for jury selection, opening statements, finalizing jury instructions, closing arguments, and instructing the jury. Each party shall also specifically

---

[1] The parties need not include their availability or unavailability for specific trial dates at this time. After the court reviews the Joint Notice with estimate of trial length, the court will consider that information.

1

estimate how many court days that party will require to present its case.

Therefore, IT IS ORDERED that the parties shall file a Joint Notice of Trial Readiness including the information set forth above within 30 days of the date of this order,

Dated: September 19, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
olfa21cv606.ntr