UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN OLFATI, | 2:21-cv-0606-CKD |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

This case is before the undersigned for all purposes including trial and entry of judgment. On October 17, 2025, the parties filed a joint status report indicating the end of plaintiff's unavailability for trial due to her confinement. Subsequently, the parties' counsel failed to propose agreeable trial dates in 2026 after being requested to meet and confer for that purpose.

Accordingly, the parties shall promptly respond with an agreeable trial date from the following options or shall show cause, in writing, why sanctions should not issue for the failure to propose agreeable dates. The court is available for a jury trial to begin on May 11, 2026, May 18, 2026, or June 8, 2026. In addition, the parties will be required to attend a settlement conference prior to the trial of this case.

In accordance with the above, IT IS ORDERED as follows:

1. This case is referred to Magistrate Judge Dennis M. Cota for the previously vacated settlement conference (see ECF No. 225) to be re-set. The parties shall contact

1 | Magistrate Judge Cota's Courtroom Deputy, Jodi Palmer
2 | (jpalmer@caed.uscourts.gov) to schedule the Settlement Conference. The parties will
3 | receive further instructions including regarding the submission of Settlement
4 | Conference Statements and how to appear for the Settlement Conference.

5. 2. The parties shall meet and confer forthwith and within 7 days of the filing date of this order, shall jointly respond with selection of an agreeable trial date of May 11, 2026, May 18, 2026, or June 8, 2026, or show cause in writing why sanctions should not issue for the failure to meet and confer and propose agreeable dates.

Dated: December 9, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 olfa21cv606.osc.trial