UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN OLFATI, | 2:21-cv-0606-CKD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

    This case is before the undersigned for all purposes including trial and entry of judgment. On October 17, 2025, the parties filed a joint status report indicating plaintiff's unavailability for trial due to her confinement had ended. Subsequently, the parties' counsel failed to propose agreeable trial dates in 2026 after being requested to meet and confer for that purpose. By order filed on December 9, 2025, the undersigned ordered the parties to promptly respond with an agreeable trial date from three options or show cause, in writing, why sanctions should not issue for the failure to propose agreeable dates. The three options given were May 11, 2026, May 18, 2026, and June 8, 2026. (ECF No. 232.)

    The parties' counsel responded to the order to show cause with a letter to the courtroom deputy for the settlement judge and did not file any response on the docket. The parties' counsel disregarded the explicit instructions to choose an agreeable trial date from three options or explain why sanctions should not issue for their failure to propose agreeable trial dates. Instead,

counsel recommended a different trial date which is not an available date. Having repeatedly failed to respond to inquiries regarding a trial date for this matter and failed to follow the court's instructions in the order to show cause, the parties and counsel shall now choose from the three options already given or the court will choose the trial date without further input.

Counsel and the parties are reminded that Local Rule 110 provides for imposition of any and all sanctions authorized or within the inherent power of the Court for failure of counsel or a party to comply with any order of the Court.

With these admonitions in place, IT IS ORDERED that the parties shall meet and confer forthwith and within 7 days of the filing date of this order shall jointly respond, in writing and filed on the docket, with a selection of an agreeable trial date from the following choices May 11, 2026, May 18, 2026, or June 8, 2026.

Dated:  December 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 olfa21cv606.trial.2

2